IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 17-00071 MCF |
| CARLOS ALBERTO HENRIQUEZ BAEZ | * | CHAPTER 13 |
| DEBTOR | * | |

### DEBTOR'S MOTION AND NOTICE OF FILING OF *AMENDED SCHEDULE "C"* *OFFICIAL FORM 106C*

**TO THE HONORABLE COURT:**

**COMES NOW, CARLOS ALBERTO HENRIQUEZ BAEZ**, the debtor in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. The debtor is hereby submitting an *Amended Schedule "C" Official Form 106C*, dated March 20, 2017, herewith and attached to this motion.

2. This amendment to Schedule "C" is filed to **take the appropriate exemptions under 11 USC 522 (d)(5), pursuant to** *Trustee's Objection to Exemptions*, **docket entry no. 21**, in the above captioned case.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)

**Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

Page -2-
Notice of Amended Schedule "C"
Case no. 17-00071 MCF13

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 20th day of March, 2017.

/s/Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | CARLOS | ALBERTO | HENRIQUEZ BAEZ |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION | | |
| Case number (if known) | 3:17-bk-71 | | |

■ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt            4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Naranjo Ward El Verde Sector Km 1.0 Road<br>Comerio PR, 00782**<br>Line from *Schedule A/B*: **1.1** | $120,000.00 | ■ $18,675.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | 11 USC § 522(d)(1) |
| **Misc Household Goods and Furnishing**<br>Line from *Schedule A/B*: **6.1** | $10,000.00 | ■ $10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | 11 USC § 522(d)(3) |
| **Clothings and personal effects**<br>Line from *Schedule A/B*: **11.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | 11 USC § 522(d)(3) |
| **Jewelry**<br>Line from *Schedule A/B*: **12.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | 11 USC § 522(d)(4) |
| **First Bank<br>Account no. X0430**<br>Line from *Schedule A/B*: **17.1** | $1,500.00 | ■ $1,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | 11 USC § 522(d)(5) |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from Schedule A/B | Check only one box for each exemption. | |
| El Verde Ward km 0 HCM 4, Comerio, PR 00782. Debtor has a 1/7th of 50% in a real property owned 50% by Sucesion Ana Maria Baez Colon composed of seven (7) heirs ther 50% is owned by widow; this property is located al El Verde Ward KM 0 HCM4 Comerio, Puer<br>Line from Schedule A/B: **32.1** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | CARLOS ALBERTO HENRIQUEZ BAEZ |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (if known) | 3:17-bk-71 |

■ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules                 12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  /s/ CARLOS ALBERTO HENRIQUEZ BAEZ            X  _____
   CARLOS ALBERTO HENRIQUEZ BAEZ                    Signature of Debtor 2
   Signature of Debtor 1

   Date  March 20, 2017                              Date  _____

| Label Matrix for local noticing | BANCO POPULAR DE PUERTO RICO | US Bankruptcy Court District of P.R. |
|---|---|---|
| 0104-3 | MORTGAGE COUNSELING AND BANKRUPTCY (762) | Jose V Toledo Fed Bldg & US Courthouse |
| Case 17-00071-MCF13 | PO BOX 362708 | 300 Recinto Sur Street, Room 109 |
| District of Puerto Rico | SAN JUAN, PR 00936-2708 | San Juan, PR 00901-1964 |
| Old San Juan | | |
| Sat Mar 18 11:42:33 AST 2017 | | |

ANDERSON FINANCIAL SERVICES OF PR
DBA BORINQUEN TITLE LOANS
1723 PARANA STREET
SAN JUAN PR 00926-3147

ANDERSON FINANCIAL SERVICES OF PR
DBA BORINQUEN TITLE LOANS
3440 PRESTON RIDGE RD STE 500
ALPHARETTA GA 30005-3823

Anderson Fin Svc of PR dba Borinquen Title L
3440 Preston Ridge Rd, Ste 500
Alpharetta, GA 30005-3823

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PR 00936-6818

Banco Popular De Puert
209 Ave Munoz Rivera
San Juan, PR 00918-1000

Firstbank Pr
AVE PONCCE DE LEON
San Juan, PR 00908

ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS CHAPTER 13 TRUS
PO BOX 9024062
SAN JUAN, PR 00902-4062

CARLOS ALBERTO HENRIQUEZ BAEZ
PO BOX 9793
CIDRA, PR 00739-8793

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)BANCO POPULAR DE PUERTO RICO
MORTGAGE COUNSELING AND BANKRUPTCY (762)
PO BOX 362708
SAN JUAN PR 00936-2708

End of Label Matrix
Mailable recipients    12
Bypassed recipients     1
Total                  13